**FILED**
CLERK, U.S. DISTRICT COURT
12/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE RAMORINO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES ET AL,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-00090-SVW-JCx<br>Honorable Stephen V. Wilson<br><br>**VERDICT FORM** |

**VERDICT FORM**

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

    Do you find for the Plaintiff?

    Answer:

        **YES**                **NO**

    _____      __X_____

If you answered "Yes" to Question 1, then answer Question 2.
If you answered "No" to Question 1, then sign, date, and return this Verdict Form.

**QUESTION 2:**

    What is the amount of plaintiff Denise Ramorino's compensatory damages for harm due to her handcuffing that was caused by Deputy Liza Villalobos (Melgar)?

    $_____

*Please sign and date this Verdict Form and return it to the Court.*

Dated: 12/3/2025

-2-