JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE RAMORINO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>    Defendants. | Case No. 2:23-cv-00090-SVW-(JCx)<br><br>Honorable Stephen V. Wilson<br><br>**JUDGMENT**<br><br>Complaint filed: January 6, 2023<br> Trial Date:      December 2, 2025 |

1

1  Defendants County of Los Angeles, Antonio Navarro, Jeffrey Cacic, Rudy
2  Hernandez, and Nicholas Hoslet having been dismissed with prejudice from this
3  action (*see* ECF 36 and 87); and this action having been tried before the Court
4  sitting with a jury, the Honorable Stephen V. Wilson, District Judge, presiding;
5  the issues having been duly tried and the jury having duly rendered its verdict:

6  IT IS ORDERED AND ADJUDGED that Plaintiff Denise Ramorino take
7  nothing; that the action be dismissed on the merits; and that Defendant Liza
8  Villalobos (Melgar), as the prevailing party, may submit a "Bill of Costs" and an
9  "Application to the Clerk to Tax Costs" to recover any eligible litigation costs in
10 this action.  *See* C.D. Cal. R. 54-2, 54-2.1.

14 Dated: December 31, 2025

_____
Hon. Stephen V. Wilson
United States District Judge